IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 12-CR-305-1 |
| EUGENE GOLDMAN, M.D., | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Eugene Goldman, M.D., hereby appeals to the United States Court of Appeals for the Third Circuit from the Judgment of the United States District Court for the Eastern District of Pennsylvania entered on October 23, 2013.

        Respectfully submitted,

        BLANK ROME LLP

        By: _____
           Ian M. Comisky
        One Logan Square
        Philadelphia, PA 19103
        (215) 569-5646
        (215) 832-5646
        Comisky-im@blankrome.com

        Attorney for Eugene Goldman, M.D.

October 31, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2013, I caused a true and correct copy of the foregoing to be served upon the court's electronic filing system:

Suzanne B. Ercole
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Margaret M. Vierbuchen
U.S. Department of Justice
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Ian M. Comisky